**EXHIBIT A**

**FLEXTRONICS INTERNATIONAL USA, INC'S AFFILIATES**

|  | Legal Entity Name |
|---|---|
| 1. | Advance Mold & Manufacturing, Inc. |
| 2. | AGM Automotive Costa Rica S.A. |
| 3. | AGM Automotive Mexico, LLC |
| 4. | AGM Automotive, LLC |
| 5. | AGM Durmont Austria GmbH |
| 6. | AGM Durmont Mexico, S. de R.L. de C.V. |
| 7. | AGM Holding GmbH |
| 8. | Astron Group Limited |
| 9. | Avail Medical Products, Inc. |
| 10. | Availmed, S.A. de C.V. |
| 11. | BISSELL Asia Development Center (Shenzhen) Limited |
| 12. | Centrex Precision Plastics, Inc. |
| 13. | Chatham International Holdings B.V. |
| 14. | Chengdu Flextronics Mechanical Manufacturing Co., Ltd. |
| 15. | Ciii Ltd. |
| 16. | Ciii USA, Inc. |
| 17. | Commercial Company in the form of a limited liability company factory "Flextronics LLC" |
| 18. | Dii International Holdings C.V. |
| 19. | Dongguan Flextronics Precision Metal Co., Ltd. |

|     | **Legal Entity Name** |
| --- | --- |
| 20. | Dovatron Mfg. |
| 21. | Elementum Holding Ltd |
| 22. | Elementum SCM (Cayman) Ltd |
| 23. | Elementum SCM (Deutschland) GmbH |
| 24. | Elementum SCM Argentina S.R.L. |
| 25. | Elementum SCM Europe Ltd. |
| 26. | Elementum SCM Ltd |
| 27. | Elementum SCM, Inc. |
| 28. | Express Cargo Forwarding Limited |
| 29. | Farm Design, Inc. |
| 30. | Finchley Trading Limited |
| 31. | Flex Automotive GmbH |
| 32. | Flex Digital Health, Inc. |
| 33. | Flex Electronics (Shanghai) Co., Ltd. |
| 34. | Flex Home Product Co Ltd |
| 35. | Flex International s.r.o. |
| 36. | Flex IDE8 Hong Kong Limited |
| 37. | Flex IDE8 Manufacturing (Tianjin) Co., Ltd. |
| 38. | Flex Lighting Solutions, Inc. |
| 39. | Flex Ltd. |

|     | **Legal Entity Name** |
| --- | --- |
| 40. | Flex Luxembourg Holdings S.a.r.l. |
| 41. | Flex Precision Plastics Solutions (Switzerland) AG |
| 42. | Flex Solutions Nordic AB |
| 43. | Flex Solutions Poland sp. z o.o. |
| 44. | FlexMedical Slovakia s. r. o. v likvidácii |
| 45. | Flextronics (Canada) Inc. |
| 46. | Flextronics (China) Electronics Technology Co., Ltd. |
| 47. | Flextronics (Israel) Ltd. |
| 48. | Flextronics (Malaysia) Sdn. Bhd. |
| 49. | Flextronics (Shanghai) Co., Ltd |
| 50. | Flextronics (Shanghai) Electronic Equipment Repair Service Co., Ltd. |
| 51. | Flextronics Aerospace & Defense Services Inc |
| 52. | Flextronics Aichi K.K. |
| 53. | Flextronics America, LLC |
| 54. | Flextronics AP, LLC |
| 55. | Flextronics Asset and Investments LLC Hungary |
| 56. | Flextronics Australia Pty Ltd |
| 57. | Flextronics Automotive (Suzhou) Co., Ltd. |
| 58. | Flextronics Automotive de Juarez, S.A. de C.V. |
| 59. | Flextronics Automotive GmbH & Co. KG |

|     | **Legal Entity Name** |
| --- | --- |
| 60. | Flextronics Automotive Inc. |
| 61. | Flextronics Automotive Sales and Marketing, Ltd. |
| 62. | Flextronics Automotive USA (Texas), LLC |
| 63. | Flextronics Automotive USA Design and Development Corporation |
| 64. | Flextronics Automotive USA Manufacturing Co. |
| 65. | Flextronics Automotive USA, Inc. |
| 66. | Flextronics Automotive Verwaltungs GmbH |
| 67. | Flextronics Beerse N.V. |
| 68. | Flextronics Bermuda Ltd. |
| 69. | Flextronics Canada Design Services, Inc. |
| 70. | Flextronics Cayman (SLR) Limited |
| 71. | Flextronics Central Europe B.V. |
| 72. | Flextronics Chateaudun S.N.C. |
| 73. | Flextronics China (Mauritius) Electronics Technology Co., Ltd. |
| 74. | Flextronics China Holding (Singapore) Pte. Ltd. |
| 75. | Flextronics Computing (Suzhou) Co., Ltd |
| 76. | Flextronics Computing Mauritius Limited |
| 77. | Flextronics Computing Sales and Marketing (L) Ltd. |
| 78. | Flextronics Corporation |
| 79. | Flextronics Design Asia Pte. Ltd. |

|     | **Legal Entity Name** |
| --- | --- |
| 80. | Flextronics Design Consumer Electronics (India) Private Limited |
| 81. | Flextronics Design Korea Ltd. |
| 82. | Flextronics Design S.r.l. |
| 83. | Flextronics Design, s.r.o. |
| 84. | Flextronics Electronics (Mauritius) Limited |
| 85. | Flextronics Electronics Technology (Shenzhen) Co., Ltd. |
| 86. | Flextronics Electronics Technology (Suzhou) Co., Ltd. |
| 87. | Flextronics Enclosure (Zhuhai) Co., Ltd |
| 88. | Flextronics Enclosure Zhuhai (Mauritius) Co., Ltd. |
| 89. | Flextronics Enclosure System (Changzhou) Ltd. |
| 90. | Flextronics Enclosure Systems (Shenzhen) Ltd. |
| 91. | Flextronics Enclosures (Hong Kong) Limited |
| 92. | Flextronics Europe Holdings C.V. |
| 93. | Flextronics Europe Holdings LLC |
| 94. | Flextronics Europe Limited |
| 95. | Flextronics Fabricação de Equipmentos do Brasil Ltda. |
| 96. | Flextronics Foundation |
| 97. | Flextronics Funding LLC |
| 98. | Flextronics Global Enclosures (Shanghai) Co., Ltd. |
| 99. | Flextronics Global Enclosures (Singapore) Pte. Ltd. |

|      | Legal Entity Name |
|------|-------------------|
| 100. | Flextronics Global Enclosures Shanghai (Mauritius) Co., Ltd |
| 101. | Flextronics Global Holdings II Ltd. |
| 102. | Flextronics Global Holdings L.P. |
| 103. | Flextronics Global Procurement Ltd. |
| 104. | Flextronics Global Services (Manchester) Limited |
| 105. | Flextronics Global Services (Singapore) Pte. Ltd. |
| 106. | Flextronics Global Services Canada Inc. Services Globaux Flextronics Canada Inc. |
| 107. | Flextronics Global Services Lojistik Hizmetleri Limited ªirketi |
| 108. | Flextronics Guadalajara Group, S. de R.L. de C.V. |
| 109. | Flextronics Holding (Singapore) Pte. Ltd. |
| 110. | Flextronics Holding do Brasil Ltda. |
| 111. | Flextronics Holding Finland Oy |
| 112. | Flextronics Holding France S.A. |
| 113. | Flextronics Holding GmbH |
| 114. | Flextronics Holding USA, Inc. |
| 115. | Flextronics Holdings Mexico Dos, S.A. de C.V. |
| 116. | Flextronics Holdings Mexico, S.A. de C.V. |
| 117. | Flextronics Holdings Spain, S.L.U. |
| 118. | Flextronics Ind. (Malaysia) Sdn. Bhd. |
| 119. | Flextronics Industrial (Shenzhen) Co Ltd |

|      | Legal Entity Name |
| ---- | --- |
| 120. | Flextronics Industrial (Suzhou) Co., Ltd. |
| 121. | Flextronics Industrial (Zhuhai) Co., Ltd. |
| 122. | Flextronics Industrial Ltd. |
| 123. | Flextronics Industrial Shenzhen (Mauritius) Co Ltd. |
| 124. | Flextronics Industrial Zhuhai (Mauritius) Co., Ltd. |
| 125. | Flextronics Industries (H.K.) Limited |
| 126. | Flextronics Industries Marketing (L) Ltd. |
| 127. | Flextronics Industries Singapore Ltd. |
| 128. | Flextronics Information Technology (Shen Zhen) Co., Ltd |
| 129. | Flextronics Information Technology Shen Zhen (Mauritius) Co., Ltd. |
| 130. | Flextronics Instituto de Tecnologia – FIT |
| 131. | Flextronics Integrated Services Mex, S. de R.L. de C.V. |
| 132. | Flextronics International (Singapore Group) Pte. Ltd. |
| 133. | Flextronics International (Thailand) Ltd. |
| 134. | Flextronics International AB |
| 135. | Flextronics International Asia-Pacific Ltd |
| 136. | Flextronics International Componentes Ltda. |
| 137. | Flextronics International Cork B.V. |
| 138. | Flextronics International Cork B.V. (Irish Branch) |
| 139. | Flextronics International de Amazonia Ltda. |

|  | **Legal Entity Name** |
|---|---|
| 140. | Flextronics International Denmark A/S |
| 141. | Flextronics International DK |
| 142. | Flextronics International Europe B.V. |
| 143. | Flextronics International Finland Oy |
| 144. | Flextronics International France S.A. |
| 145. | Flextronics International Germany GmbH & Co. KG |
| 146. | Flextronics International Gesellschaft m.b.H. |
| 147. | Flextronics International Holding LLC (CA) |
| 148. | Flextronics International Holding LLC (DE) |
| 149. | Flextronics International Holdings Pte. Ltd. |
| 150. | Flextronics International Ireland Limited |
| 151. | Flextronics International Itatiaia (Xerox) |
| 152. | Flextronics International Japan Co., Ltd |
| 153. | Flextronics International Kft. |
| 154. | Flextronics International L'Aquila SpA |
| 155. | Flextronics International Latin America (L) Ltd. |
| 156. | Flextronics International Lojýstýk Hýzmetler Týcaret Lýmýted Þýrketý |
| 157. | Flextronics International Ltd. |
| 158. | Flextronics International Management Services Ltd. |
| 159. | Flextronics International N.V. |

|  | **Legal Entity Name** |
|---|---|
| 160. | Flextronics International Norway AS |
| 161. | Flextronics International Ostersund AB |
| 162. | Flextronics International Poland Sp. z o.o. |
| 163. | Flextronics International s.r.o. |
| 164. | Flextronics International Sweden AB |
| 165. | Flextronics International Taiwan Ltd. |
| 166. | Flextronics International Technology LLC |
| 167. | Flextronics International Tecnologia Ltda |
| 168. | Flextronics International Termelõ és Szolgáltató Vámszabadterületi Korlátolt Felelõsségû Társaság |
| 169. | Flextronics International UK Ltd. |
| 170. | Flextronics Investment Holding (Singapore) Pte. Ltd. |
| 171. | Flextronics Investment Holding GmbH |
| 172. | Flextronics Italy S.p.A. |
| 173. | Flextronics Laval S.N.C. |
| 174. | Flextronics Lighting Solutions, Inc. |
| 175. | Flextronics Link (HK) Ltd. |
| 176. | Flextronics LLC |
| 177. | Flextronics Logistics (Hong Kong) Limited |
| 178. | Flextronics Logistics (Zhuhai) Co., Ltd. |
| 179. | Flextronics Logistics B.V. |

|      | Legal Entity Name |
|------|-------------------|
| 180. | Flextronics Logistics Poland sp. z o.o. |
| 181. | Flextronics Logistics USA, Inc. |
| 182. | Flextronics Logistics Zhuhai (Mauritius) Co., Limited |
| 183. | Flextronics Manufacturing (H.K.) Limited |
| 184. | Flextronics Manufacturing (Shanghai) Co., Ltd. |
| 185. | Flextronics Manufacturing (Singapore) Pte. Ltd. |
| 186. | Flextronics Manufacturing (Tianjin) Co., Ltd. |
| 187. | Flextronics Manufacturing (Zhuhai) Co., Ltd. |
| 188. | Flextronics Manufacturing Aguascalientes, S.A. de C.V. |
| 189. | Flextronics Manufacturing Europe B.V. |
| 190. | Flextronics Manufacturing Juarez, S. de R.L. de C.V. |
| 191. | Flextronics Manufacturing Mex, S.A. de C.V. |
| 192. | Flextronics Manufacturing Puebla, S. de R.L. de C.V. |
| 193. | Flextronics Manufacturing S.r.l. |
| 194. | Flextronics Manufacturing Shanghai (Mauritius) Co., Ltd. |
| 195. | Flextronics Manufacturing Zhuhai (Mauritius) Co., Ltd. |
| 196. | Flextronics Marketing (L) Ltd. |
| 197. | Flextronics Mauritius Holdings Limited |
| 198. | Flextronics Mauritius Limited |
| 199. | Flextronics Mechanicals Marketing (L) Ltd. |

|      | **Legal Entity Name** |
|------|----------------------|
| 200. | Flextronics Mechanicals Singapore Pte. Ltd. |
| 201. | Flextronics Medical Sales and Marketing, Ltd |
| 202. | Flextronics Mexico Holdings II LLC |
| 203. | Flextronics New Zealand Limited |
| 204. | Flextronics ODM Finland Oy |
| 205. | Flextronics ODM Luxembourg S.A. |
| 206. | Flextronics Ostersund AB |
| 207. | Flextronics Photonics FICO, Inc. |
| 208. | Flextronics Photonics PPT, Inc. |
| 209. | Flextronics Plastic (Asia Pacific) Limited |
| 210. | Flextronics Plastic Technology (ShenZhen) Ltd. |
| 211. | Flextronics Plastic Technology ShenZhen (Mauritius) Ltd. |
| 212. | Flextronics Plastics (M) Sdn. Bhd. |
| 213. | Flextronics Plastics (Shenzhen) Co., Ltd |
| 214. | Flextronics Plastics (Singapore) Pte. Ltd. |
| 215. | Flextronics Plastics (Zhuhai) Co., Ltd |
| 216. | Flextronics Plastics Gushu (Mauritius) Co., Ltd |
| 217. | Flextronics Plastics Services, LLC |
| 218. | Flextronics Plastics Zhuhai (Mauritius) Co., Ltd. |
| 219. | Flextronics Plastics, S.A. de C.V. |

|      | **Legal Entity Name** |
|------|-----------------------|
| 220. | Flextronics Power Systems (Dongguan) Co., Ltd. |
| 221. | Flextronics Precision Metal (Hong Kong) Limited |
| 222. | Flextronics Precision Plastics, Inc. |
| 223. | Flextronics Puerto Rico Limited |
| 224. | Flextronics R&D (Shenzhen) Co., Ltd |
| 225. | Flextronics R&D Shenzhen (Mauritius) Co., Ltd |
| 226. | Flextronics Romania S.R.L. |
| 227. | Flextronics S.R.L. |
| 228. | Flextronics Sales & Marketing (A-P) Ltd. |
| 229. | Flextronics Sales & Marketing North Asia (L) Ltd. |
| 230. | Flextronics Sales and Marketing Consumer Digital Ltd. |
| 231. | Flextronics San Jose IPO |
| 232. | Flextronics Sárvár Logistics Korlátolt Felelõsségû Társaság |
| 233. | Flextronics Scotland Limited |
| 234. | Flextronics Shah Alam Sdn. Bhd. |
| 235. | Flextronics Shanghai (Mauritius) Co., Ltd. |
| 236. | Flextronics Shanghai Electronic Equipment Repair Service (Mauritius) Co., Ltd. |
| 237. | Flextronics SMI (China) Ltd |
| 238. | Flextronics St-Etienne S.N.C. |
| 239. | Flextronics Systems (Penang) Sdn. Bhd. |

|      | **Legal Entity Name** |
|------|-----------------------|
| 240. | Flextronics Systems Texas Ltd. |
| 241. | Flextronics Technologies (India) Private Limited |
| 242. | Flextronics Technologies Luxembourg LLC |
| 243. | Flextronics Technologies Luxembourg S.a r.l. |
| 244. | Flextronics Technologies Mauritius Ltd. |
| 245. | Flextronics Technologies Mexico, S. de R.L. de C.V. |
| 246. | Flextronics Technologies San Luis, S.A. de C.V. |
| 247. | Flextronics Technology (Malaysia) Sdn. Bhd. |
| 248. | Flextronics Technology (Nanjing) Co., Ltd |
| 249. | Flextronics Technology (Penang) Sdn. Bhd. |
| 250. | Flextronics Technology (Shah Alam) Sdn. Bhd. |
| 251. | Flextronics Technology (Shanghai) Co., Ltd. |
| 252. | Flextronics Technology (ShenZhen) Co., Ltd |
| 253. | Flextronics Technology (Singapore) Pte. Ltd. |
| 254. | Flextronics Technology (Suzhou) Co., Ltd. |
| 255. | Flextronics Technology (Switzerland) GmbH |
| 256. | Flextronics Technology (Zhuhai) Co. Ltd. |
| 257. | Flextronics Technology Nanjing (Mauritius) Co., Ltd |
| 258. | Flextronics Technology Shanghai (Mauritius) Co., Ltd. |
| 259. | Flextronics Technology ShenZhen (Mauritius) Co., Ltd |

|      | **Legal Entity Name** |
|------|------------------------|
| 260. | Flextronics Technology Wujiang (Mauritius) Ltd |
| 261. | Flextronics Technology Zhuhai (Mauritius) Co., Ltd |
| 262. | Flextronics Tecnologia Do Brasil Ltd. |
| 263. | Flextronics Telecom Systems Ltd |
| 264. | Flextronics UK Limited |
| 265. | Flextronics Vagyonkezelõ és Befektetési Korlátolt Felelõsségû Társaság |
| 266. | Flextronics Verwaltungs GmbH |
| 267. | FlextronicsTullamore |
| 268. | Glouple Ventures 2000-II, LLC |
| 269. | IDE8 Cayman |
| 270. | IDE8 Mauritius Limited |
| 271. | IDE8 Technology (Shanghai) Co., Ltd |
| 272. | I E C Holdings Limited |
| 273. | Instrumentation Engineering, Inc. |
| 274. | International Manufacturing Synergies, Ltd. |
| 275. | Irish Express Cargo Limited |
| 276. | Irumold Group, S.L.U. |
| 277. | Irumold Servicios, S.L.U. |
| 278. | Irumold, S.L.U. |
| 279. | Kiinteisto Oy Flex Finland |

|  | **Legal Entity Name** |
|---|---|
| 280. | Kunshan AGM Automotive Components Co., Ltd. |
| 281. | Kunshan AGM Trading Company Ltd. |
| 282. | Lab IX |
| 283. | Lighting Acquisition LLC |
| 284. | Masa da Amazônia Ltda. |
| 285. | MCi (Mirror Controls International) Asia B.V. |
| 286. | MCi (Mirror Controls International) B.V. |
| 287. | MCi (Mirror Controls International) Holdings B.V. |
| 288. | MCi (Mirror Controls International) Inc. |
| 289. | MCi (Mirror Controls International) Ireland Limited |
| 290. | MCi (Mirror Controls International) Ireland Operations Limited |
| 291. | MCi (Mirror Controls International) Netherlands B.V. |
| 292. | MCi (Mirror Controls International) S. de R.L. de C.V. |
| 293. | MCi (Mirror Controls International) Yuhan Hoesa |
| 294. | MCi Hoogeveen B.V. |
| 295. | MCi Ireland Pension Plan Trustee Limited |
| 296. | MCi Mirror Controls (Suzhou) Co., Ltd. |
| 297. | MICOH B.V. |
| 298. | Multek (FTZ) Limited |
| 299. | Multek Brasil Ltda. |

|      | **Legal Entity Name** |
|------|------------------------|
| 300. | Multek China Limited |
| 301. | Multek Display (Hong Kong) Limited |
| 302. | Multek Display Cayman Ltd. |
| 303. | Multek Electronics Limited |
| 304. | Multek Flexible Circuits, Inc. |
| 305. | Multek Hong Kong Limited |
| 306. | Multek Industries Limited |
| 307. | Multek Technologies Limited |
| 308. | Multek Technology (Zhuhai) Co Limited |
| 309. | Multek Zhuhai Limited |
| 310. | Multilayer Technology Geschäftsführungs GmbH |
| 311. | Multilayer Technology GmbH & Co. KG |
| 312. | Nanjing Flextronics Panda Mobile Terminals Co., Ltd |
| 313. | NEXTracker Australia Pty. Ltd. |
| 314. | NEXTracker Chile SpA |
| 315. | NEXTracker, Inc. |
| 316. | NEXTRACKER Mexico, S. de R.L. de C.V. |
| 317. | Pacific Device, Inc. |
| 318. | Parque de Tecnologia Electronica, S.A. de C.V. |
| 319. | Power Systems R&D (Singapore) Pte. Ltd. |

|      | **Legal Entity Name** |
|------|-----------------------|
| 320. | Power Systems R&D Philippines, Inc. |
| 321. | Power Systems Technologies (Beijing) Company Limited |
| 322. | Power Systems Technologies (Ganzhou) Co., Ltd. |
| 323. | Power Systems Technologies (Shenzhen) Company Limited |
| 324. | Power Systems Technologies Far East Limited |
| 325. | Power Systems Technologies GmbH |
| 326. | Power Systems Technologies Ltd. |
| 327. | Private Joint Stock Company "Flextronics Service UA" |
| 328. | PT. Flextronics Technology Indonesia |
| 329. | Saturn Electronics de Monterrey, S.A. de C.V. |
| 330. | Shiant Resource Service Co., Ltd |
| 331. | SLR Europe B.V. |
| 332. | SLR GmbH |
| 333. | Solectron (Shanghai) Technology Co., Ltd. |
| 334. | Solectron Australia Pty Limited |
| 335. | Solectron France SAS |
| 336. | Solectron Holding Deutschland GmbH |
| 337. | Solectron Phillipines Inc. |
| 338. | Solectron Sweden AB |
| 339. | Solectron Turkey |

|   | **Legal Entity Name** |
|---|---|
| 340. | Solectron USA, LLC |
| 341. | Sønderborg Værktøjsfabrik A/S |
| 342. | Stellar Microelectronics, Inc. |
| 343. | Suzhou AGM Durmont Automotive Components Co., Ltd. |
| 344. | Swedform Enclosure Systems AB |
| 345. | The DII Group (BVI) Co. Limited |
| 346. | The DII Group Asia Limited |
| 347. | ThermoMend B.V. |
| 348. | ThermoMend International Ltd. |
| 349. | Vastbright PCB (Holding) Limited |
| 350. | Vista Point Electronic Technologies (Zhuhai) Co., Ltd. |
| 351. | Vim Technologies Ltd |
| 352. | Wink Labs, Inc. |
| 353. | Z124 |