1  WHITNEY E. STREET (State Bar Number 223870)
   whitney@blockesq.com
2  BLOCK & LEVITON LLP
   610 16th Street, Suite 214
3  Oakland, CA 94612
   (415) 968-8999
4  (617) 507-6020

5  Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL USA, INC., <br><br> vs. <br><br> MURATA MANUFACTURING CO. LTD., *et al.*, <br> Defendants. | Case No. 5:19-cv-00078 <br><br> **F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF FLEXTRONICS** <br><br> Courtroom 4, 5th Floor <br> Judge: Hon. Edward J. Davila |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding.

Flextronics International USA, Inc. is not a publicly held corporation or publicly held entity. Flextronics International USA, Inc. is 100% held by Flextronics International Holding LLC, which is 100% held by Flextronics Corporation, which is 100% held by Flextronics Technologies Luxembourg S.a.r.l. (FKA Vista Point Technologies (Lux) S.a.r.l.), which is 100% owned by Flextronics International Ltd. Other than as referenced herein, no other publicly held corporation or other publicly held entity owns 10% of the

stock of a party.  No other publicly held corporation or other publicly held entity owns 10% of the stock of a party.  No other publicly held corporation or other publicly held entity has a direct financial interest in the outcome of this litigation.

Pursuant to Local Civil Rule 3-15, the undersigned certifies as of this date, other than the named parties, there is no such interest to report.

Dated: January 4, 2019

Respectfully Submitted,

/s/ Whitney E. Street

Charles E. Tompkins (*pro hac vice* motion forthcoming)
cet@willmont.com
**WILLIAMS MONTGOMERY & JOHN LTD.**
1607 22nd Street, NW, Suite 300
Washington D.C. 20008
Telephone: (202) 791-9951
Facsimile: (312) 630-8586

Eric R. Lifvendahl (*pro hac vice* motion forthcoming)
erl@willmont.com
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6100
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500

Whitney E. Street (State Bar No. 223870)
**Block & Leviton LLP**
610 16th Street, Suites 214-216
Oakland, CA 94612
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
whitney@blockesq.com