Charles E. Tompkins (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
1200 18th Street NW, Suite 325
Washington, D.C. 20036
Telephone: (202) 791-9951
Facsimile: (312) 630-8586
Email: cet@willmont.com

Eric R. Lifvendahl (admitted *pro hac vice*)
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500
Email: erl@willmont.com

Whitney E. Street, (State Bar No. 223870)
**BLOCK & LEVITON LLP**
610 16th Street, Suites 214-216
Oakland, CA  94612
Telephone: (415) 968-8999
Facsimile: (617) 507-6020
Email: whitney@blockesq.com

*Attorneys for Plaintiff Flextronics International USA, Inc.*

[Additional Counsel on Signature Page]

APPROVED
Judge Edward J. Davila
2/01/2019

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL USA, INC., <br> Plaintiff, <br> v. <br> MURATA MANUFACTURING CO., LTD., et al., <br> Defendants. | Case No. 5:19-cv-00078-EJD <br><br> **JOINT STIPULATION AND (PROPOSED) ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINES** |

{00200243.1}

## JOINT STIPULATION

THIS STIPULATION is hereby entered into by and between Individual Action Plaintiff Flextronics International USA, Inc. (hereinafter "Flex" or "Plaintiff") in *Flextronics International USA., Inc. v. Murata Manufacturing Co., Ltd., et al.*, No. 5:19-cv-00078-EJD (N.D. Cal) (the "Flex Action") and the Defendants Murata Manufacturing Co., Ltd.; Murata Electronics North America Inc.; Murata Power Solutions, Inc.; Panasonic Corporation; Panasonic Corporation of North America; Sagami Elec Co., Ltd.; Sagami America Ltd.; Sumida Corporation; Sumida Electric Co., Ltd.; Sumida America Components Inc.; Taiyo Yuden Co., Ltd.; Taiyo Yuden (U.S.A.) Inc.; TDK Corporation; TDK-EPC Corporation; TDK Corporation of America; TDK U.S.A. Corporation; Tokin Corporation; and Tokin America, Inc. (collectively "Defendants") (Flex and Defendants are collectively the "Parties").

WHEREAS, the Flex Action was filed on January 4, 2019;

WHEREAS, Defendants agree to waive service of process for the Complaint;

WHEREAS, Flex agrees that within thirty (30) days of entry of this Stipulation, Flex shall provide to undersigned counsel for Defendants a Japanese translation of the Flex Complaint;

WHEREAS, this stipulation is entered into on behalf of Flex by its undersigned counsel and on behalf of Defendants by their undersigned counsel, but shall be for the benefit of all current and future plaintiffs and defendants, both named and unnamed;

WHEREAS, in the related putative class action *In Re Inductors Antitrust Litigation*, No. 5:18-cv-00198-EJD (N.D. Cal.) (the "Class Action"), the defendants have filed a Motion to Dismiss the Corrected Consolidated Amended Class Action Complaint (ECF No. 223), and the Court will hear oral argument on the Motion to Dismiss on March 7, 2019;

WHEREAS, Flex and Defendants agree that it is inefficient and a waste of judicial resources for the Parties to submit separate motions to dismiss in the Flex Action prior to the Court's ruling on the Motion to Dismiss pending in the putative Class Action;

WHEREAS, Flex and Defendants agree that no responses to the Flex Complaint shall be filed until after the Court has ruled on the Motion to Dismiss pending in the putative Class Action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. The time period for responding to the Flex Complaint is stayed until after the Court has ruled

{0020243 1.1}

on the Motion to Dismiss pending in the Class Action;

2. Once the Court issues a ruling on the Motion to Dismiss in the Class Action, Defendants shall answer, move or otherwise respond to the Flex Complaint within sixty (60) days, Plaintiffs shall then file a response to any motion within sixty (60) days, and Defendants shall file any reply within thirty (30) days;

3. Should the Court grant the Defendants' Motion to Dismiss in the putative Class Action and should this Court grant the plaintiffs in the putative Class Action leave to file a further amended complaint in the putative Class Action, Flex shall have the same deadline to file an Amended Complaint in the Flex Action, after which the schedule detailed in paragraph 2 of this stipulation shall take effect;

4. In making this stipulation, Defendants do not waive (i) any jurisdictional defenses; (ii) any affirmative defenses; (iii) any other statutory or common law defenses; or (iv) any right to seek or oppose any reassignment, transfer, or consolidated alternatives with respect to any of the currently filed or future related actions;  Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the extant Complaint or any amended and/or consolidated complaint that may be in any of the currently filed or future related actions.  By stipulating to the [Proposed] Order, Defendants have not made an appearance in any other actions;

5. Defendants agree that upon issuance of the [Proposed] Order, Defendants shall, pursuant to Federal Rule of Civil Procedure 4, waive the requirement that the Complaint be served upon Defendants.

January 30, 2019

Respectfully Submitted,

**WILLIAMS MONTGOMERY & JOHN LTD.**

By: _/s/ Charles E. Tompkins_
Charles E. Tompkins

Charles E. Tompkins (admitted *pro hac vice*)
cet@willmont.com
1200 18th Street NW, Suite 325

{0020243 1.1}

Washington D.C. 20036
Telephone: (202) 791-9951
Facsimile: (312) 630-8586

Eric R. Lifvendahl (admitted *pro hac vice*)
erl@willmont.com
**WILLIAMS MONTGOMERY & JOHN LTD.**
233 S. Wacker Drive, Suite 6800
Chicago, IL  60606
Telephone: (312) 443-3200
Facsimile: (312) 630-8500

Whitney E. Street (State Bar No. 223870)
**Block & Leviton LLP**
whitney@blockesq.com
610 16th Street, Suites 214-216
Oakland, CA 94612
Telephone: (415) 968-8999
Facsimile: (617) 507-6020

Eustace de St. Phalle (CA Bar # 171900)
EdeSaintPhalle@rlslawyers.com
**RAINS LUCIA STERN ST. PHALLE & SILVER, PC**
220 Montgomery Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 341-9341
Facsimile: (925) 609-1690


**KIRKLAND & ELLIS**

By:   */s/ Eliot A. Adelson*
Eliot A. Adelson (SBN 205284)
555 California Street
27th Floor
San Francisco, CA 94014
eadelson@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice*)
300 North LaSalle Street
Chicago, IL 60654
James.mutchnik@kirkland.com

{0020243 1.1}

3

JOINT STIPULATION
Case No. 5:19-cv-00078-EJD

| | |
|---|---|
| 1 | *Attorneys for Defendants Murata Electronics North America, Inc., Murata Manufacturing Co., Ltd., and Murata Power Solutions, Inc.* |
| 2 | |
| 3 | |
| 4 | **GIBSON DUNN & CRUTCHER LLP** |
| 5 | By:        */s/ Daniel G. Swanson*        <br>            Daniel G. Swanson |
| 6 | |
| 7 | Daniel G. Swanson (SBN 116656)<br>Frances A. Smithson (SBN 313700)<br>333 South Grand Avenue<br>Los Angeles, California 90071<br>Tel: (213) 229-7000<br>Fax: (213) 229-7520<br>dswanson@gibsondunn.com<br>fsmithson@gibsondunn.com |
| 11 | |
| 12 | Scott D. Hammond (*pro hac vice*)<br>Cynthia E. Richman (*pro hac vice*)<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br>Tel: (415) 393-8200<br>Fax: (415) 393-8306<br>shammond@gibsondunn.com<br>crichman@gibsondunn.com |
| 16 | *Attorneys for Defendants Panasonic Corporation of North America and Panasonic Corporation* |
| 18 | **LATHAM & WATKINS LLP** |

{0020243 1.1}

By:    <u>*/s/ Marguerite Sullivan*</u>
            Marguerite Sullivan

Marguerite Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
555 Eleventh St., N.W., Suite 1000
Washington, D.D. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Marguerite.sullivan@lw.com
Allyson.maltas@lw.com

Alfred Carroll Pfeiffer, Jr.
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8898
Fax: (415) 391-0600
Al.pfeiffer.lw.com

*Attorneys for Defendants Sumida America Components Inc.; Sumida Corporation; and Sumida Electric Co., Ltd.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By:    <u>*/s/ James L. Cooper*</u>
            James L. Cooper

Daniel B. Asimov
Matthew Fine
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Daniel.asimov@arnoldporter.com
Matthew.fine@arnoldporter.com

James L. Cooper (*pro hac vice*)
Michael Adam Rubin (*pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20011
James.Cooper@arnoldporter.com
Michael.rubin@arnoldporter.com

*Attorneys for Defendants Taiyo Yuden (U.S.A.) Inc. and Taiyo Yuden Co., Ltd.*

**MORGAN LEWIS & BOCKIUS LLP**

{0020243 1.1}

By:     */s/ Colin C. West*
           Colin C. West

Colin C. West (SBN 184095)
One Market
Spear Street Tower
San Francisco, California 94015-1596
Tel: (415) 442-1000
Fax: (415) 442-1001
Colin.west@morganlewis.com

J. Clayton Everett, Jr. (*pro hac vice*)
Scott A. Stempel (*pro hac vice* forthcoming)
Greta L. Burkholder (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
Clay.everett@morganlewis.com
Scott.stempl@morganlewis.com
Greta.burkholder@morganlewis.com

*Attorneys for Defendants TDK U.S.A. Corporation; TDK Corporation; TDK-EPC Corporation; and TDK Corporation of America*

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By:     */s/ Roxane A. Polidora*
           Roxane A. Polidora

Roxane A. Polidora (SBN 135972)
Jacob R. Sorensen (SBN 209134)
Four Embarcadero Center
22nd Floor
San Francisco, CA 94111-5998
Tel: (415) 983-1000
Fax: (415) 983-1200
Roxane.polidora@pillsburylaw.com
Jake.sorenssen@pillsburylaw.com

*Attorneys for Defendants Tokin Corporation and Tokin America, Inc.*

**KESSENICK GAMMA & FREE, LLP**

By:     /s/ J. Maxwell Cooper
          J. Maxwell Cooper

J. Maxwell Cooper (SBN 284054)
Michael A. Gawley (SBN 294190)
44 Montgomery Street, Suite 3880
San Francisco, CA 94014
Tel: (415) 362-9400
Fax: (415) 362-9401
mcooper@kgf-lawfirm.com
mgawley@kgf-lawfirm.com

*Attorneys for Defendants Sagami Elec Co., Ltd. and Sagami America Ltd.*

    Pursuant to Civil L. R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories above.

Date: January 30, 2019           /s/ Charles E. Tompkins
          Charles E. Tompkins

{00200243 1.1}

20  PURSUANT TO STIPULATION, IT IS SO ORDERED.

21  Dated: February 1, 2019

                                                    _____
                                                    Honorable Edward J. Davila
                                                    UNITED STATES DISTRICT JUDGE

{0020243 1.1}

8

JOINT STIPULATION
Case No. 5:19-cv-00078-EJD