Marguerite M. Sullivan (*pro hac vice*)
Allyson M. Maltas (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh St., NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
allyson.maltas@lw.com

Alfred Carroll Pfeiffer, Jr. (SBN 120965)
Elizabeth C. Gettinger (SBN 307683)
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8898
Fax: (415) 391-0600
al.pfeiffer@lw.com
elizabeth.gettinger@lw.com

*Attorneys for Defendants Sumida Corporation; Sumida Electric Co., Ltd.; and Sumida America Components Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>The Direct Purchaser Plaintiffs' Action<br><br>*Flextronics International USA, Inc. v. Murata Manufacturing Co., Ltd. et al.*, 5:19-cv-00078-EJD | Case No. 5:19-cv-00078-EJD<br>Case No. 5:18-cv-00198-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

# STIPULATION AND [PROPOSED] ORDER

This Stipulation is hereby entered into by and between Direct Purchaser Plaintiffs ("DPPs"), Flextronics International USA Inc. ("Flex"), and Defendants Murata Manufacturing Co., Ltd.; Murata Electronics North America, Inc.; Murata Power Solutions, Inc.; TOKO Inc.; Panasonic Corporation; Panasonic Corporation of North America; Sumida Corporation; Sumida Electric Co., Ltd.; Sumida America Components Inc.; Taiyo Yuden Co., Ltd; Taiyo Yuden (U.S.A.) Inc.; TDK Corporation; TDK-EPC Corporation; TDK Corporation of America; TDK (USA) Corporation; Tokin Corporation; Tokin America, Inc.; Sagami Elec Co., Ltd; and Sagami America Ltd. (collectively, "Defendants"; together with DPPs and Flex, "the Parties").

WHEREAS on September 13, 2018, DPPs filed a Corrected Consolidated Amended Class Action Complaint ("DPPs' Amended Complaint"), Case 5:18-cv-00198-EJD, ECF No. 210;

WHEREAS on September 28, 2018, Defendants moved to dismiss DPPs' Amended Complaint, *see* Defs.' Mot. to Dismiss DPPs' Am. Compl. ("Motion to Dismiss"), Case 5:18-cv-00198-EJD, ECF No. 223;

WHEREAS on January 4, 2019, Flex filed a Complaint ("Flex Complaint"), Case No. 5:19-cv-00078-EJD, ECF No. 1;

WHEREAS on January 30, 2019, Flex and Defendants entered into a Joint Stipulation in which the parties stipulated and agreed that upon the Court's ruling on Defendants' Motion to Dismiss DPPs' Amended Complaint, Defendants would have sixty (60) days to answer, move, or otherwise respond to the Flex Complaint; Flex would file a response in opposition to Defendants' motion within sixty (60) days; and Defendants would file a reply within thirty (30) days of Flex's opposition, *see* Joint Stipulation and (Proposed) Order to Continue Responsive Pleading Deadlines ("January 30 Stipulation") ¶ 2, Case No. 5:19-cv-00078-EJD, ECF No. 21;

WHEREAS the parties also stipulated and agreed in the January 30 Stipulation that if the Court granted Defendants' Motion to Dismiss DPPs' Amended Complaint, Flex would have the same deadline as DPPs to file an amended complaint, after which the schedule agreed to in Paragraph 2 of the Stipulation would take effect, *see id.* ¶ 3;

WHEREAS on February 1, 2019, the Court approved and ordered the January 30

Stipulation, *see* Order, Case No. 5:19-cv-00078-EJD, ECF No. 27;

WHEREAS on September 24, 2019, the Court granted Defendants' Motion to Dismiss DPPs' Amended Complaint, *see* Order Granting Mot. to Dismiss, Case No. 5:18-cv-00198-EJD, ECF No. 351;

WHEREAS the Court set the deadline for amended pleadings at October 15, 2019, *see* Order, Case No. 5:18-cv-00198-EJD (Sept. 25, 2019);

WHEREAS DPPs requested that the Court continue dates for filing DPPs' forthcoming Second Amended Complaint to November 15, 2019, *see* DPPs' Administrative Mot. Pursuant to Civil L.R. 6-3 Requesting an order Extending Time to File Am. Compl. ("DPPs' Motion"), Case No. 5:18-cv-00198-EJD, ECF No. 353;

WHEREAS Defendants and DPPs agreed that Defendants' responses to DPPs' Second Amended Complaint would be due 60 days from the filing of DPPs' Second Amended Complaint, *see id*. at 1;

WHEREAS the Court granted DPPs' Motion, continuing the dates for DPPs to file their Second Amended Complaint from October 15, 2019 to November 15, 2019, *see* Order Granting Unopposed Administrative Mot. to Extend Time to File Am. Compl., Case No. 5:18-cv-00198-EJD, ECF No. 354;

WHEREAS on November 15, 2019, Flex filed its Second Amended Complaint ("Flex Second Amended Complaint"), Case No. 5:19-cv-00078-EJD, ECF No. 60;

WHEREAS on November 15, 2019, DPPs filed their Second Amended Complaint ("DPP Second Amended Complaint");

WHEREAS the Parties agree that it would be in the interests of efficiency and judicial economy to avoid separate, overlapping schedules for motion practice in response to the Flex Second Amended Complaint and DPP Second Amended Complaint;

WHEREAS the Parties have agreed that Defendants' motions to dismiss the Flex Second Amended Complaint and the DPP Second Amended Complaint should be filed no later than January 15, 2020; Flex's and DPPs' oppositions to Defendants' motions should be filed no later

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

than March 16, 2020; and Defendants' replies in support of the motions to dismiss should be filed no later than April 15, 2020;

WHEREAS counsel for the Parties agree that the foregoing facts constitute good cause to continue the dates for Defendants' responses to the Flex Second Amended Complaint and DPP Second Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. The deadline for Defendants' motions to dismiss the Flex Second Amended Complaint and DPP Second Amended Complaint is January 15, 2020;

2. The deadline for Flex's and DPPs' oppositions to Defendants' motions to dismiss is March 16, 2020; and

3. The deadline for Defendants' replies in support of their motions to dismiss is April 15, 2020.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.**

Dated: November 27, 2019                Respectfully submitted,

                                        LATHAM & WATKINS LLP

                                        By: */s/ Marguerite M. Sullivan*
                                            Marguerite M. Sullivan

                                        Marguerite M. Sullivan (*pro hac vice*)
                                        Allyson M. Maltas (*pro hac vice*)
                                        555 Eleventh St., NW, Suite 1000
                                        Washington, D.C. 20004
                                        Tel: (202) 637-2200
                                        Fax: (202) 637-2201
                                        marguerite.sullivan@lw.com
                                        allyson.maltas@lw.com

                                        Alfred Carroll Pfeiffer, Jr. (SBN 120965)
                                        Elizabeth C. Gettinger (SBN 307683)
                                        Latham & Watkins LLP
                                        505 Montgomery Street, Suite 2000
                                        San Francisco, CA 94111
                                        Tel: (415) 395-8898
                                        Fax: (415) 391-0600
                                        al.pfeiffer@lw.com
                                        elizabeth.gettinger@lw.com

3

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

| | |
|---|---|
| 1 | *Attorney for Defendants Sumida Corporation; Sumida Electric Co., Ltd.; and Sumida America Components Inc.* |
| 2 | |
| 3 | |
| 4 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 5 | */s/ Michael A. Rubin* |
| 6 | James L. Cooper (*pro hac vice*)<br>Michael A. Rubin (*pro hac vice*) |
| 7 | 601 Massachusetts Ave., N.W.<br>Washington, D.C. 20001 |
| 8 | Telephone:   202.942.5000<br>Facsimile:    202.942.4999 |
| 9 | Email: james.cooper@arnoldporter.com<br>Email: michael.rubin@arnoldporter.com |
| 10 | Daniel B. Asimow (SBN 165661) |
| 11 | Benjamin T. Halbig (SBN 321523)<br>Three Embarcadero Center, 10th Floor |
| 12 | San Francisco, CA 94111-4024<br>Telephone:   415.471.3100 |
| 13 | Facsimile:    415.471.3400<br>Email: daniel.asimow@arnoldporter.com |
| 14 | Email: ben.halbig@arnoldporter.com |
| 15 | *Attorneys for Defendants* |
| 16 | *TAIYO YUDEN CO. LTD. &*<br>*TAIYO YUDEN (USA) INC.* |
| 17 | |
| 18 | MORRISON & FOERSTER LLP |
| 19 | */s/ Eliot A. Adelson*<br>Eliot A. Adelson (SBN 205284) |
| 20 | 425 Market Street |
| 21 | San Francisco, CA  94104<br>Telephone:   415.268.7243 |
| 22 | Facsimile:    415.268.7522<br>Email: eadelson@kirkland.com |
| 23 | *Attorneys for Defendants* |
| 24 | *MURATA ELECTRONICS NORTH AMERICA, INC., MURATA* |
| 25 | *MANUFACTURING CO., LTD. AND TOKO INC.* |
| 26 | |
| 27 | GIBSON, DUNN & CRUTCHER LLP |
| 28 | */s/ Daniel G. Swanson* |

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

Daniel G. Swanson (SBN 116656)
Frances A. Waldmann (SBN 313700)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
Email: dswanson@gibsondunn.com
Email: fwaldmann@gibsondunn.com

Scott D. Hammond (*pro hac vice*)
Cynthia E. Richman (*pro hac vice*)
1050 Connecticut Avenue, N.W., Suite 300
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539
Email: shammond@gibsondunn.com
Email: crichman@gibsondunn.com

Eli M. Lazarus (SBN 284082)
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306
Email: elazarus@gibsondunn.com

*Attorneys for Defendants*
*PANASONIC CORPORATION;*
*PANASONIC CORPORATION OF NORTH AMERICA*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Michelle Park Chiu*
Michelle Park Chiu (SBN 248421)
One Market, Spear Street Tower
San Francisco, California  94105-1596
Telephone:  415.442.1000
Facsimile:  415.442.1001
Email: michelle.chiu@morganlewis.com

Scott A. Stempel (*pro hac vice*)
J. Clayton Everett, Jr. (*pro hac vice*)
1111 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:  202.739.3000
Facsimile:  202.739.3001
Email: scott.stempel@morganlewis.com
Email: clay.everett@morganlewis.com

Cindy Seunghee Hong (*pro hac vice*)
1400 Page Mill Road
Palo Alto, CA  94304

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

|   |   |
|---|---|
| Telephone: | 650.843.4000 |
| Facsimile: | 650.843.4000 |

Email: cindy.hong@morganlewis.com

*Attorneys for Defendants*
*TDK CORPORATION, TDK EPC CORPORATION, TDK (USA) CORPORATION, AND TDK CORPORATION OF AMERICA*


PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ Roxane A. Polidora*
Roxane A. Polidora

Roxane A. Polidora (SBN 135972)
Jacob R. Sorensen (SBN 209134)
Lee Brand (SBN 287110)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998USA
Telephone:    (415) 983-1000
Facsimile:    (415) 983-1200
Email: roxane.polidora@pillsburylaw.com
Email: jake.sorensen@pillsburylaw.com
Email: lee.brand@pillsburylaw.com

*Attorneys for Defendants*
*TOKIN CORPORATION AND TOKIN AMERICA, INC.*


KESSENICK GAMMA & FREE. LLP

*/s/ J. Maxwell Cooper*
J. Maxwell Cooper (SBN 284054)
Michael A. Gawley (SBN 294190)
Scott C. Kessenick (SBN 295999)
44 Montgomery Street, Suite 3880
San Francisco, CA  94114
Telephone:    415.362.9400
Facsimile:    415.362.9401
Email: mcooper@kgf-lawfirm.com
Email: mgawley@kgf-lawfirm.com
Email: skessenick@kgf-lawfirm.com

*Attorneys for Defendants*
*SAGAMI ELEC. CO., LTD. and SAGAMI AMERICA LTD.*

6

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

BLEICHMAR FONTI & AULD LLP

*/s/ Lesley E. Weaver*
Lesley E. Weaver (SBN 191305)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone:    415.445.4003
Facsimile:    415.445.4020
Email: lweaver@bfalaw.com

HAUSFELD LLP

*/s/ Michael P. Lehmann*
Michael P. Lehmann (SBN 77152)
Bonny E. Sweeney (SBN 176174)
Christopher L. Lebsock (SBN 184546)
Samantha Stein (SBN 302034)
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone:    415.633.1908
Facsimile:    415.358.4980
Email: mlehmann@hausfeld.com
Email: bsweeney@hausfeld.com
Email: clebsock@hausfeld.com
Email: sstein@hausfeld.com

*Interim Co-Lead Counsel for*
*DIRECT PURCHASER PLAINTIFF CLASS*


WILLIAMS, MONTGOMERY & JOHN, LTD.

*/s/ Charles E. Tompkins*
Charles E. Tompkins (*pro hac vice*)
1200 18th Street NW
Suite 325
Washington, DC 20036
Telephone:    202.791.9951
Facsimile:    312.630.8586
Email: cet@willmont.com

Ashley Hyun-Jeong Kim
233 S. Wacker
Suite 6800
Chicago, IL 60606
Telephone:    312.998.2525
Email: ahk@willmont.com

*Attorneys for FLEXTRONICS INTERNATIONAL USA, INC.*

7

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

| | |
|---|---|
| 1 | |
| 2 | RAINS LUCIA STERN ST. PHALLE & SILVER, PC |
| 3 | |
| 4 | */s/ Eustace De Saint Phalle*<br>Eustace De Saint Phalle (SBN: 179100) |
| 5 | 2300 Contra Costa Blvd.<br>Suite 500 |
| 6 | Pleasant Hill, CA 94523<br>Telephone:    415.341.9341 |
| 7 | Facsimile:    925.609.1690<br>Email: EdeSaintPhalle@rslawyers.com |
| 8 | |
| 9 | *Attorney for FLEXTRONICS INTERNATIONAL USA, INC.* |

8

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

1  **PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**
2
3  Dated: November 27, 2019
4  _____
5  Honorable Edward J. Davila
   United States District Judge

9

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD

## **ATTESTATION**

I, Marguerite M. Sullivan, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER**.  I attest under penalty of perjury that concurrence in this filing has been obtained from all counsel.

                                                 */s/ Marguerite M. Sullivan*
                                                 Marguerite M. Sullivan

10

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

STIPULATION AND [PROPOSED] ORDER
5:18-CV-00198-EJD
5:19-CV-00078-EJD