| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | ROXANE A. POLIDORA (CA Bar No. 135972) |
| 2 | roxane.polidora@pillsburylaw.com |
| | JACOB R. SORENSEN (CA Bar No. 209134) |
| 3 | jake.sorensen@pillsburylaw.com |
| | LEE BRAND (CA Bar No. 287110) |
| 4 | lee.brand@pillsburylaw.com |
| | Four Embarcadero Center, 22nd Floor |
| 5 | San Francisco, CA  94111 |
| | Telephone: (415) 983-1000 |
| 6 | Facsimile: (415) 983-1200 |
| 7 | |
| | Attorneys for Defendants |
| 8 | TOKIN CORPORATION and TOKIN AMERICA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL USA, INC. | Case No. 5:19-cv-00078-EJD |
| Plaintiff, | **DECLARATION OF TSUYOSHI OKADA IN SUPPORT OF TOKIN'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| MURATA MANUFACTURING CO., LTD., et al., | Date:     May 7, 2020 |
| | Time:    9:00 a.m. |
| Defendants. | Place:   Courtroom 4, 5th Floor |
| | Judge:   Hon. Edward J. Davila |

## DECLARATION OF TSUYOSHI OKADA

I, Tsuyoshi Okada, declare as follows:

1. I have been employed by TOKIN Corporation since April 1986. My current title is Director, Sales & Marketing Unit Marketing Group. I make this declaration in support of the motion to compel arbitration filed by TOKIN Corporation and TOKIN America, Inc. (collectively, "TOKIN") in the above-captioned action. The facts set forth herein are based upon my own personal knowledge and based upon the business records of TOKIN, and if called as a witness, I could and would testify competently thereto.

2. TOKIN Corporation is a Japanese company with its principal place of business in Miyagi, Japan. From April 2002 until April 2017, TOKIN Corporation was known as NEC TOKIN Corporation. Defendant TOKIN America, Inc. is a wholly owned subsidiary of TOKIN Corporation headquartered in San Jose, California.

3. Effective July 1, 2011, NEC TOKIN Corporation and its affiliates entered into a Supplier Managed Inventory Agreement (the "SMIA") with Flextronics International Management Services Ltd. and its affiliates ("Flextronics"). Attached hereto as **Exhibit 1** is a true and correct copy of the SMIA.

4. The SMIA is a comprehensive agreement governing the business relationship between TOKIN and Flextronics. Based upon my search and review of TOKIN's business records, I have confirmed that TOKIN and Flextronics have not entered into any other comparable agreements subsequent to the effective date of the SMIA, and that neither TOKIN nor Flextronics have terminated the SMIA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 21, 2020, at Tokyo, Japan.

_____
Tsuyoshi Okada

1

DECLARATION OF TSUYOSHI OKADA
Case No. 5:19-cv-00078-EJD