UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INDUCTORS ANTITRUST LITIGATION | Case No. 5:19-cv-00078-EJD |
| THIS DOCUMENT RELATES TO: | [PROPOSED] ORDER GRANTING FLEXTRONICS INTERNATIONAL USA, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF FLEX'S OPPOSITION TO TOKIN'S MOTION TO COMPEL ARBITRATION |
| *Flextronics International USA, Inc. v. Murata Manufacturing Co., Ltd. et al.*, 5:19-cv-00078-EJD | |

This matter comes before the Court on Flextronics International USA, Inc.'s Administrative Motion to File Under Seal portions of its Opposition to Tokin's Motion to Compel Arbitration.

Upon consideration of the administrative motion to seal, the papers submitted in support and in response thereto, and good cause appearing, the motion is GRANTED.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

Dated: March 24, 2020

WILLIAMS MONTGOMERY & JOHN LTD.

By: */s/ Charles E. Tompkins*

Charles E. Tompkins, admitted *pro hac vice*
cet@willmont.com
1200 18th Street NW, Suite 325
Washington, D.C. 20036
Telephone: (202) 791-9951
Facsimile: (312) 630-8586

BLOCK & LEVITON LLP

By: */s/ Whitney E. Street*
     Whitney E. Street

Whitney E. Street (State Bar No. 223870)
whitney@blockesq.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 968-1852
Facsimile: (617) 507-6020

*Attorneys for Flextronics International USA, Inc.*