UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLEXTRONICS INTERNATIONAL USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PANASONIC CORPORATION, et al., <br><br> Defendants. | Case No. 5:19-cv-00078-EJD <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 210 |

On February 3, 2022, the Court granted Defendants' motion to dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of the Panasonic, Sagami, and Sumida Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 3, 2022

EDWARD J. DAVILA
United States District Judge